No. 150. McCRARY ET AL: *v.* ALADDIN RADIO INDUS-TRIES, INC., ET AL. Motion to use record in No. 116, October Term, 1957, granted. Petition for writ of certiorari to the Court of Appeals of Tennessee, Middle Section, denied. MR. JUSTICE BLACK and MR. JUSTICE STEWART took no part in the consideration or decision of this motion and. application. *Albert Williams, Cecil D. Branstetter* and *Jerome A. Cooper* for petitioners. *Dick L. Lansden* and *William Waller* for respondents.

No. 132, Misc. LEGGETT *v.* HENSLEE, SUPERINTENDENT AND WARDEN. Supreme Court of Arkansas. Certiorari denied. *Kenneth Coffelt* for petitioner.

No. 184, Misc. GRIFFITHS *v.* UNITED STATES. Court of Claims. Certiorari denied. *William J. Woolston* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Morton Hollander* for the United States.

No. 216, Misc. RUFFIN *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Frederic P. Lee* and *Floyd F. Toomey* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 228, Misc. SMITH *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *J. Robert Walsh* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.